# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DENE TERRELL STEPHENS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-105 |
| | * | |
| v. | * | |
| | * | |
| STATE OF GEORGIA; and COURTHOUSE OF GLYNN COUNTY, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

AO 72A
(Rev. 8/82)

The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_23\_\_ day of \_\_\_February_____, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)